UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO. :   1:06-cv-213-JM

TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT IN AND FOR THE DISTRICT OF NEW HAMPSHIRE

PETITION OF EULAH MCGRATH LLC FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY

ORDER TO APPRAISE

Upon consideration of the prayer in the Petition in the above entitled cause that due appraisal be made of the amount of value of the petitioner's interest, in the F/V EULAH MCGRATH, and its pending freight, if any, as of the time of the casualty as set forth in said Petition it is now, to wit:

ORDERED AND DECREED that David DuBois of Marine Safety Consultants, 26 Water Street, Fairhaven, MA, be and is hereby appointed Appraiser to ascertain said amount of value of the petitioner's interest and report thereon to this Court.

By the Court,

June 14, 2006

/s/ James R. Muirhead
United States Magistrate Judge

TO: David DuBois of Marine Safety Consultants, 26 Water Street, Fairhaven, MA

Pursuant to the foregoing Order, you have been appointed by the Honorable James R. Muirhead, Magistrate Judge of the District of New Hampshire, Appraiser, to appraise according to your best skill and judgment, the value of the said F/V EULAH MCGRATH and her pending freight and report thereon to this Court without delay.